# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Tara Smith

                              Plaintiff,

v.                                          Case No.: 1:14−cv−08390
                                            Honorable Joan B. Gottschall

Robertson & Associates

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 2, 2015:

      MINUTE entry before the Honorable Joan B. Gottschall: Defendant's unopposed motion for enlargement of time [17] is granted. Deadline for responsive pleading is 4/20/15. Motion hearing set for 4/3/15 is stricken. No appearance required.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.